

# Fourth Court of Appeals
## San Antonio, Texas

November 26, 2025

No. 04-25-00719-CV

**IN RE** Osyve Derek **RODGERS**

Original Proceeding[1]

**ORDER**

Sitting:     Irene Rios, Justice
              Lori I. Valenzuela, Justice
              H. Todd McCray, Justice

Relator filed his petition for writ of mandamus on November 7, 2025. After considering the petition and the record, this court concludes that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is **DENIED**. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on November 26, 2025.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of November, 2025.

_____
Caitlin A. McCamish, Clerk of Court

---

[1]This proceeding arises out of Cause No. 2014-CI-18148, styled *In the Interest of S.I.R., a Child*, pending in the 45th Judicial District Court, Bexar County, Texas, the Honorable John D. Gabriel, Jr. presiding.